UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:10CV-P158-S

**ALBERTO J. SANTIAGO, SR.**             **PLAINTIFF**

**v.**

**COOKIE CREWS** *et al.*             **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's complaint is **DISMISSED** for failure to follow the directives of this Court relating to the filing fee and submission of his complaint on the proper form.

All pending motions are **DENIED as moot.**

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*

4411.008